

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Dora McElroy

_____,

**Plaintiff(s),**

vs.

Best Buy
Crystal Point Mall,

**Defendant(s).**

Case No.

1:23-cv-16717
Judge Joan H. Lefkow
Magistrate Judge Heather K. McShain
Random Assignment
Cat 2

RECEIVED
DEC 12 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Dora McElroy.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*


na

1

Case: 1:23-cv-16717 Document #: 1 Filed: 12/12/23 Page 2 of 8 PageID #:2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, **Best Buy Crystal Point Mall**, is
(name, badge number if known)

☐ an officer or official employed by ___**n/a**___ ;
(department or agency of government)

_____ or

☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is **McHenry County**. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about **5/23/2023**, at approximately **11A** ☒ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of **5880 North west Highway**, in the County of **McHenry**, State of Illinois, at **In front of Best Buy entrance**,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☐ conspired together to violate one or more of plaintiff's civil rights;
☐ Other: **American Disability Act failure to provide reasonable accomodation, resulten in major injuries severely causing demish quality of life.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:23-cv-16717 Document #: 1 Filed: 12/12/23 Page 3 of 8 PageID #:3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**): reasonable saftey policy maintained.

8. Plaintiff was charged with one or more crimes, specifically: volation of DA reasonable saftey accomodation.

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

☐ Other: ADA violation unsafe conditions umobility Disability

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Plaintiff exited Best 588 Crylake, Plaintiff waiting for PACE bus. Plaintiff remembered she did not have fare $1.50. Plaintiff began to walk toward the next business to obtain funds. Due to the uneven pavement 10ft from entrance Plaintiff foot was caught plaintiff tripped, braced for fall on concrete. Plaintiff out stregth hand. Best by employee came out Brought a wheelchair and called ambulance. Plaintiff diagnosis bilateral wrist fractured. casted, 30 day followup removal of cast. X-Ray tendon torn recast 30 day

multiple contusions Right shoulder left need.

Plaintiff Became Homeless unable to sustain employment.

11. Defendant acted knowingly, intentionally, willfully and maliciously.
Yes

12. As a result of defendant's conduct, plaintiff was injured as follows:

Bilater wrist, shoulder surgeral cost to sve Knee injury. Today 12/13 continuesly need braces unable to essicial functions of self care, employment.

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

(A.) Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _Dora McElroy_

Plaintiff's name *(print clearly or type)*: Dora McElroy

Plaintiff's mailing address: 1925 Dodge Ave

City Evanston    State IL    ZIP 60201

Plaintiff's telephone number: (847) 525-7018

Plaintiff's email address *(if you prefer to be contacted by email)*: mcelroy.dora@icloud.com

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*

to be given, → unavailable

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# JOEL STEPHEN

**ATTORNEY AT LAW**
1935 Sherwood Place
Wheaton, Illinois 60189
T (630)263-1949
F (630)344-0952
E: JOELSTEPHEN@SBCGLOBAL.NET

**EMAIL:**
miveljic@pinetree.com
info@pinetree.com

## LETTER OF REPRESENTATION AND SETTLEMENT DEMAND

08/30/2023

Crystal Point Mall
6000 NW Highway
Crystal Lake, Illinois 60014
Attention: Mary Beth Iveljic
Email: miveljic@pinetree.com
info@pinetree.com

Re:    Dora McElroy
DOL:    May 23, 2023
Your Claim Number:
Your insured:    Best Buy

Dear Sir/Madame:

I represent Dora McElroy in the above matter for personal injuries sustained as a result of a slip and fall outside Best Buy located at 5880 Northwest Highway Crystal Lake, Illinois 60014.

Please acknowledge in writing my representation and that I have a one third interest in any settlement or verdict reached.

I have enclosed medical records for my client for your review. Ms. McElroy is still being treated. I am still waiting for records from Ms. McElroy's medical providers and billing and will supplement as they become available.

I wanted to reach out to initially to see if we can resolve this matter amicably without any further litigation.

Please send me a copy of the applicable coverage available for this occurrence and any other subrogation agreements or reinsurance that is available through any responsible third parties.

Further, please send me a certified copy of the policy of insurance that was in effect on the date of accident of 05/23/2023. Please include the declaration page and whether there is any umbrella coverage in effect.

On 05/23/2023 your client Best Buy operated a commercial establishment for selling various retail items.

It is quite evident from examining the sidewalk outside of Best Buy that the condition is not well maintained and is a hazard to anyone walking on the sidewalk coming into and or exiting the Best Buy.

It is also apparent that this is not your first notice of the poor condition of the sidewalk. It appears that there are various different repairs that have been done for different parts of the sidewalk. I'm not sure why the entire sidewalk has not been replaced. It appears to be in very poor condition and poses a substantial risk to anyone that utilizes the sidewalk to enter and exit Best Buy. There are missing pieces of cement from various parts of the sidewalk, there are unlevel pieces of cement on various parts of the sidewalk. The sidewalk is simply not well maintained.

On 05/23/2023 after shopping in your Best Buy my client was injured while leaving the store. As she was walking on the sidewalk her foot got caught on the sidewalk ahead of her since it was elevated from the sunken sidewalk piece, she was walking on causing her to fall down on her knees on the sidewalk and outstretched her hands injuring various parts of her body. Ms. McElroy attempted to brace herself by holding her hands and arms in an outstretched position, attempting to brace her sudden fall to the cement. She was in immediate pain in multiple areas of her body.

My client was transported by ambulance to Northwestern Medicine McHenry Hospital /Dr. Hemant R. Patel MD in the Emergency Room and examined and treated Ms. McElroy for left shoulder, right shoulder, bilateral wrist pain, right hip pain, left hip, aggravating of back pain worsened by the fall and other parts of her body following the slip and fall outside of the Best Buy. She had initial x rays to her pelvic and hip areas as well as her lumbar spine, x rays to her shoulders and left knee, x rays to her left and right wrists.

Ms. McElroy's initial diagnosis was multiple contusions. Ms. McElroy was given a prescription for Hydrocodone 5-325 mg per tablet. Ms. McElroy was advised to take the prescription 1 every 8 hours for pain.

Ms. McElroy was advised to rest and follow up with her regular doctor for 3-4 days if not better.

06/30/2023

Patient presents with right shoulder follow up. Patient noticed improved function after taking the prednisone and meloxicam, but pain was still persistent. Limited mobility and achy. 7/10 pain. Left knee 8/10 pain mainly when getting into bed or getting out. Still hurts when putting pressure on her knee. Dr. Christopher Hicks MD ordered :

1. Medium Joint Arthrocentesis; R acromioclavicular . Dx was post procedure AC joint arthroplasty.
2. Large Joint Arthrocentesis L knee. Patellofemoral chondrosis of the left knee.

The patient has undergone multiple sessions of physical therapy for her recovery consisting of 14 visits from July 14, 2023-09/01/2023 and is still being treated.

07/26/2023

MRI Wt. Wrist
There is widening of the scapholunate joint space with amorphous appearance of the scapholunate ligament with probable disruption along the scaphoid attachment.

The doctor then re-casted her right wrist. Dr. Karna Anoop MD Radiologist

Your client Best Buy/Crystal Point Mall is clearly the at fault party.

My client has sustained serious injuries and she is still being treated.

Plaintiff has undergone a lot of medical treatment for an injury due to an unmaintained sidewalk outside of Best Buy that you clearly had knowledge of the condition.

Plaintiff would demand $50,000.00 for a full and final settlement in this matter.

I look forward to working with you on this matter.

Please acknowledge receipt in writing.

If you have any further questions, please do not hesitate to contact the undersigned.

Sincerely,

Joel Stephen